IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO TORRES, et al., | No. 2:24-CV-2400-DC-DMC |
| Plaintiffs, | |
| v. | ORDER |
| KOHL'S DEPARTMENT STORES, INC., | |
| Defendant. | |

      Plaintiffs, who are proceeding with retained counsel, bring this civil action.  On referral from the District Judge, the matter is set for an initial status/scheduling conference before the undersigned on November 22, 2024, at 10:00 a.m., via Zoom.  On or before November 15, 2024, the parties shall meet and confer and file with the Court a joint scheduling conference statement consistent with Eastern District of California Local Rule 240(a).

      IT IS SO ORDERED.

Dated:  November 4, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1