UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO TORRES; an Individual; ANGIE TORRES; an Individual, SEBASTIAN TORRES, a minor by and through Guardian Ad Litem Gabriela Ortiz Mojica; ESTRELLA TORRES, a Minor, by and through Guardian Ad Litem, Gabriela Ortiz Mojica; and ALL Collectively as heirs to Maria de la Luz Ortiz Mojica, deceased.<br><br>Plaintiff(s),<br><br>vs.<br><br>KOHL'S DEPARTMENT STORES, INC. and DOES 1 through 20, inclusive<br><br>Defendants. | Case No. 2:24-CV-02400-DC-DMC<br><br>**ORDER RE: JOINT STIPULATION TO MODIFY SCHEDULING ORDER**<br><br>Judge:      Hon. Dena Coggins<br>Courtroom: 10, 13th Floor<br><br>State Action Filed: 12/04/2023<br>Trial date:            TBD |

This matter comes before the Court upon the joint stipulation of Plaintiffs RICARDO TORRES, ANGIE TORRES, SEBASTIAN TORRES, and ESTRELLA TORRES (collectively, Plaintiffs) and Defendant KOHL'S, INC. (Defendant) requesting that the Court modify the Scheduling Order to continue the dates set forth therein for approximately 120 days.

/ / /

The Court, having considered the Parties' joint stipulation, rules as follows:

1. The Parties' joint stipulation is APPROVED.
2. The Court modifies the Scheduling Order, as follows:
    a. **Deadline to Complete Fact Discovery: June 5, 2026**
    b. **Deadline to Disclose Initial Experts and Produce Expert Reports: July 3, 2026**
    c. **Deadline to Disclose Rebuttal Experts and Produce Rebuttal Expert Reports: July 28, 2026**
    d. **Deadline to Complete Expert Discovery: September 15, 2026**
    e. **Deadline to Hear Motions: October 30, 2026**

**IT IS SO ORDERED.**

Dated:  January 6, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE